956

No. 04–8902. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–8905. RUPLEY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–8908. ALEXANDER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8911. ARMOUR *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–8917. OUTLER *v.* ANDERSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–8939. MOES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–686. GOMEZ *v.* AMOCO OIL CO. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–856. CITY OF EVANSTON, ILLINOIS *v.* FRANKLIN. C. A. 7th Cir. Motion of International Municipal Lawyers Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 04–979. TROY PUBLISHING CO., INC., ET AL. *v.* NORTON ET AL. Sup. Ct. Pa. Motion of Associated Press et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 04–640. 1690 COBB L. L. C., DBA WATERPIPE WORLD, ET AL. *v.* CITY OF MARIETTA, GEORGIA, ET AL., 543 U. S. 1054;
No. 04–691. THOMPSON *v.* NATIONAL RAILROAD PASSENGER CORPORATION, 543 U. S. 1121;
No. 04–5943. HUBBARD *v.* UNITED STATES, 543 U. S. 1122;
No. 04–5976. MILLER *v.* UNITED STATES, 543 U. S. 1122;
No. 04–7139. CEASAR *v.* UNITED SERVICES AUTOMOBILE ASSN. ET AL., 543 U. S. 1068;
No. 04–7255. NIMMONS *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 543 U. S. 1092;
No. 04–7336. GREEN *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, 543 U. S. 1124;

No. 04–7339. IVES *v.* OKLAHOMA, 543 U. S. 1125;

No. 04–7372. LEWIS *v.* UNITED STATES, 543 U. S. 1075;

No. 04–7623. BERT *v.* SNOW, SECRETARY OF THE TREASURY, ET AL., 543 U. S. 1094; and

No. 04–7649. SPRINGMEIER *v.* UNITED STATES, 543 U. S. 1094. Petitions for rehearing denied.

No. 03–6841. ENIGWE *v.* UNITED STATES, 540 U. S. 1024. Motion for leave to file petition for rehearing denied.

## MARCH 30, 2005

No. 04A844. SCHIAVO EX REL. SCHINDLER ET UX. *v.* SCHIAVO ET AL. C. A. 11th Cir. Application for stay of enforcement of judgment pending the filing and disposition of a petition for writ of certiorari, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

## APRIL 4, 2005

No. 03–6245. THOMPSON *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Reported below: 320 F. 3d 1228; and

No. 03–7339. AKINS *v.* KENNEY, WARDEN. C. A. 8th Cir. Reported below: 341 F. 3d 681. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Rhines* v. *Weber, ante,* p. 269.

No. 04–1. BLAISDELL *v.* CITY OF ROCHESTER, NEW HAMPSHIRE. C. A. 1st Cir.; and

No. 04–745. HOLLOWAY *v.* ARKANSAS STATE BOARD OF ARCHITECTS ET AL. C. A. 8th Cir. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Exxon Mobil Corp.* v. *Saudi Basic Industries Corp., ante,* p. 280.

No. 04–955. KAPL, INC., ET AL. *v.* MEACHAM ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Smith* v. *City of Jackson, ante,* p. 228.

No. 04–1073. BASHIR *v.* UNITED STATES. C. A. 11th Cir. Reported below: 116 Fed. Appx. 241;